```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    v.                                    Case No. 11-cr-52-PB

**Matthew Karahalios**


**O R D E R**

The defendant has moved through counsel to continue the September 20, 2011 trial in the above case citing the need for additional time to schedule a plea hearing on or about September 20, 2011. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 20, 2011 to November 1, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances.

SO ORDERED.

                                          <u>/s/Paul Barbadoro</u>
                                          Paul Barbadoro
                                          United States District Judge

September 13, 2011

cc: Andrew Schulman, Esq.
     Terry Ollila, Esq.
     Bjorn Lange, Esq.
     Kevin Sharkey, Esq.
     United States Marshal
     United States Probation